■ In the Matter of HOPE NOMORE C., a Child Alleged to be Permanently Neglected. BRUCE C., Appellant; CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [636 NYS2d 682] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Merle C. C.* ([appeal No. 1] 222 AD2d 1061 [decided herewith]). (Appeal from Order of Cattaraugus County Family Court, Nenno, J.—Terminate

Parental Rights.) Present—Denman, P. J., Green, Fallon, Doerr and Boehm, JJ.